UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXPRESS LIEN, INC.<br>dba ZLIEN | * | CIVIL ACTION NO.: 2:16-cv-02926 |
| VERSUS | * | JUDGE: CARL BARBIER |
| NATIONWIDE NOTICE, INC. | * | MAGISTRATE: KAREN WELLS ROBY |
| AND | * | |
| ABC INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NATIONWIDE NOTICE, INC.'S PARTIAL MOTION TO DISMISS**
**SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant Nationwide Notice, Inc. ("Nationwide") hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff, Express Lien, Inc., d/b/a Zlien's ("Zlien") claim for defamation. For the reasons more fully stated in the attached memorandum, Zlien's newly asserted defamation claim lacks sufficient factual support and should be dismissed with prejudice at the pleading stage.

**WHEREFORE**, Defendant Nationwide Notice, Inc. respectfully prays for an order dismissing Plaintiff Express Lien, Inc., d/b/a Zlien's defamation claim with prejudice.

Respectfully submitted,

*/s/ Jamie L. Berger*
Jamie L. Berger, T.A. (LA Bar No. 32340)
Michael A. Balascio (LA Bar No. 33715)
Laurence D. LeSueur (LA Bar No. 35206)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
jberger@barrassousdin.com
mbalascio@barrassousdin.com
llesueur@barrassousdin.com
Tel: (504) 589-9700
Fax: (504) 589-9701

-and-

Jaime Rich Vining
Friedland Vining
9100 S. Dadeland Blvd., Suite 1620
Miami, FL 33156
jrv@friedlandvining.com
Tel: (305) 777-1720
Fax: (305) 456-4922

*Attorneys for Defendant*
*Nationwide Notice, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed using this Court's ECF procedure, which will send electronic noticing to all counsel of record this 3rd day of January, 2017.

*/s/ Jamie L. Berger*