UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXPRESS LIEN, INC. <br> dba ZLIEN | * <br> * <br> * | CIVIL ACTION NO.: 2:16-cv-02926 |
| VERSUS | * <br> * | JUDGE: CARL J. BARBIER |
| NATIONWIDE NOTICE, INC. | * <br> * | MAGISTRATE: KAREN WELLS ROBY |
| AND | * <br> * | |
| ABC INSURANCE COMPANY | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes plaintiff, Express Lien, Inc., d/b/a *zlien* who submits the following list of witnesses:

1. Scott G. Wolfe, Jr.
   Express Lien, Inc.
   1121 Josephine Street
   New Orleans, LA 70130

2. Martin Roth
   Express Lien, Inc.
   1121 Josephine Street
   New Orleans, LA 70130

3. Paul Dean
   Express Lien, Inc.
   1121 Josephine Street
   New Orleans, LA 70130

4. Jason Marsh
   2221 Lee Road, Suite 22
   Winter Park, FL 32789

5. Alexander Mensh of Nationwide Notice, Inc.

6. Clients of *zlien* and Nationwide since 2016.

7. Any necessary witness whose identity is discovered at a later date.

8. Any witnesses necessary for impeachment purposes.

9. Any witness necessary to authenticate a document.

10. Any witnesses identified in responses to Interrogatories.

11. All witnesses identified in depositions.

12. Any and all witnesses listed by Nationwide Notice, Inc.

*zlien* submits the foregoing list based upon currently available information. Discovery and depositions are not yet complete in this matter. *zlien* expressly reserves the right to add and/or supplement the list of witnesses after obtaining further information and documentation from Nationwide Notice, Inc. *zlien* further reserves the right to introduce any witness testimony by deposition and/or declaration as allowed pursuant to the Federal Rules of Civil Procedure and Evidence and the controlling jurisprudence.

Respectfully Submitted,
**ZLIEN**

**/s/ Nathan Budde**
**NATHAN L. BUDDE (#32103)**
**SCOTT WOLFE, JR. (#30122)**
4819 Prytania St.
New Orleans, LA 70115
Tel. 866.720.5436
Attorneys for *zlien* In-House Counsel

- AND -

*/s/ Donald A. Mau*
SMILEY LAW FIRM, LLC
Seth J. Smiley (32693)
Bradley Aldrich (32316)
J. Matt Thomas (34123)
Donald A. Mau (33965)

365 Canal Street, Suite 1680<br>
New Orleans, LA 70130<br>
Office: 504-894-9653<br>
Fax: 866-761-8934<br>
http://www.smileyfirm.com<br>
*Attorneys for Express Lien, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has been served on all counsel of record via electronic mail this 8th day of December, 2017.

<u>/s/ Donald A. Mau</u>