UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXPRESS LIEN, INC. dba ZLIEN | * | CIVIL ACTION NO.: 2:16-cv-02926 |
| | * | |
| VERSUS | * | JUDGE: CARL BARBIER |
| | * | |
| NATIONWIDE NOTICE, INC. AND ABC | * | MAGISTRATE: KAREN WELLS |
| INSURANCE COMPANY | * | ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**NATIONWIDE NOTICE, INC.'S**
**WITNESS AND EXHIBIT LISTS**

Defendant Nationwide Notice, Inc. ("Nationwide") submits the following witness and exhibit lists in accordance with the Court's Scheduling Order. Discovery is still ongoing. As because both parties have discovery requests outstanding, upcoming depositions scheduled, and a Consent Protective Order on file but not yet entered, Nationwide specifically reserves the right to amend these lists.

**WITNESS LIST**

Nationwide may call the following as witnesses at trial:

1. Alexander Mensh

2. Melissa Rentas

3. Jon Bond

4. Scott Wolfe

5. A representative of Zlien

6. Jake Kupperman

7. Paul Dean

8. A representative from Blueline Rental.

9. Any witness contained on Zlien's witness list.


10. Any witness necessary to authenticate any and all documents offered, listed, and/or introduced by any party.

11. Any witness needed for impeachment purposes.

### **EXHIBIT LIST**

Nationwide may use the following exhibits at trial:

1. Nationwide's Profit and Loss Statements. (*See e.g.*, NATIONWIDE 002073-002074).[1]

2. Nationwide's invoices sent to customers during the time period during which Zlien alleges Nationwide "copied" material from Zlien's website. (*See e.g.*, NATIONWIDE 000109-001074).

3. List of customers Zlien alleges it was "unable to get, or that [it] lost" and that it believes "are customers of Nationwide Notice." (*See e.g.*, NATIONWIDE 001075-001076).

4. Nationwide's records showing the time periods for which the customers listed in NATIONWIDE 001075-001076 engaged Nationwide. (*See e.g.*, NATIONWIDE 001077-001087).

5. Nationwide's records showing any new customers obtained during the period during which Zlien alleges Nationwide "copied" material from Zlien's website, as compared to Nationwide's engagement of new customers during the same period in prior years.

---

[1] Nationwide is awaiting entry of the parties' Consent Protective Order to produce the documents listed herein. Because discovery is ongoing, Nationwide reserves the right to amend this list.

6. Screenshots of Zlien's website "nationwidenotices.com" and registration information showing Zlien's principal Scott Wolfe, Jr. created "nationwidenotices.com." (*See e.g.*, NATIONWIDE 001088-001092).

7. Publicly available internet search results for uses and definitions of term "prime contractor." (*See e.g.*, NATIONWIDE 001093-001105).

8. Zlien's correspondence requesting to purchase Nationwide's business. (*See e.g.*, NATIONWIDE 000108).

9. Publicly available lien law statutes in each state. (*See e.g.*, NATIONWIDE 001106-002026).

10. Publicly available internet search results for "state by state lien law." (*See e.g.*, NATIONWIDE 002027-002072).

11. Nationwide pamphlet (*See e.g.*, NATIONWIDE 002075-002079).

12. Documents showing Zlien's unauthorized access to Nationwide's website.

13. Documents showing Nationwide's receipt of the information for which Zlien complains in the lawsuit.

14. Documents supporting the statements made on Nationwide's website regarding its success and customer satisfaction.

15. Screenshots of Nationwide's website.

16. Screenshots of Zlien's website.

17. Nationwide's rate sheet and other documents showing how Nationwide charges its customers.

18. Documents sufficient to show Nationwide's expenses incurred in producing its gross revenue.

19. Documents showing Zlien's profits, gross revenue, and how it charges its customers.

20. Any exhibit listed on Zlien's exhibit list.

21. Any document produced by any party or non-party to this lawsuit during discovery.

22. Any document that could be used to impeach any witness, including but not limited to any transcript of the deposition of any witness.

Respectfully submitted,

*/s/ Jamie L. Berger*
Jamie L. Berger, T.A. (LA Bar No. 32340)
Michael A. Balascio (LA Bar No. 33715)
Laurence D. LeSueur (LA Bar No. 35206)
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
jberger@barrassousdin.com
mbalascio@barrassousdin.com
llesueur@barrassousdin.com
Tel: (504) 589-9700
Fax: (504) 589-9701

*Attorneys for Defendant*
*Nationwide Notice, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed using this Court's ECF procedure, which will send electronic noticing to all counsel of record this 8th day of December, 2017.

*/s/ Jamie L. Berger*